# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | *    CIVIL ACTION NO.: 2:16-cr-12 |
| v. | * |
| | * |
| JOHN EARL ROBERTS | * |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 451, to which Defendant John Earl Roberts failed to file any Objections.

Accordingly, the $25,000 surety bond posted in this case is **FORFEITED**. However, the Court **SETS ASIDE** the entire $25,000 and **EXONERATES** the surety's bond.

**SO ORDERED**, this 17 day of July, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)